DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

ALEJANDRO DIAZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0002

———————————————

September 26, 2025

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Blair Allen, Public Defender, and Brett S. Chase, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.